# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3814

_____

William R. Cody,                                    *
                                                    *
                    Appellant,                      *
                                                    *
         v.                                         *
                                                    *   Appeal from the United States
Douglas Weber, and others as yet                    *   District Court for the
unknown or undetermined, who are or                 *   District of South Dakota.
were officers, employees, and/or agents             *
of SDSP, and/or the State of South                  *        [UNPUBLISHED]
Dakota Department of Corrections                     *
(DOC), and/or the State of                          *
South Dakota,                                       *
                                                    *
                    Appellee.                        *

_____

Submitted:  June 11, 2001

Filed:  June 25, 2001

_____

Before BOWMAN and HEANEY, Circuit Judges, and KOPF,[1] District Judge.

_____

PER CURIAM.

---

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court of the District of Nebraska, sitting by designation.

William R. Cody brought this prisoner civil rights action, alleging numerous claims having to do, <u>inter alia</u>, with the pricing of his pre-stamped envelopes and with retaliation for his filing of grievances. The District Court[2] denied Cody's motion to amend the complaint and granted defendant Douglas L. Weber's motion for summary judgment. Cody appeals, challenging both of the court's rulings.

Having reviewed the case, we find no abuse of discretion in the denial of Cody's motion to amend. Nor do we find any error in the grant of summary judgment for defendant.

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable John B. Jones, United States District Judge for the District of South Dakota.